UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

JORGE HERNANDO YEPES-MORALES,

Defendant.
------------------------------------------------------------X

ORDER

10 CR 867 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      For the reasons stated on the record at today's conference, defendant's motion for a judgment of acquittal and a new trial is denied. The Clerk of the Court is directed to close this motion (Docket Entry # 24).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/11

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            September 20, 2011