**MANDATE**

N.Y.S.D. Case # 10-cr-0867(SAS)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of February, two thousand and twelve.

UNITED STATES OF AMERICA,

   *Appellee*,

  v.

JORGE HERNANDO YEPES-MORALES,

   *Defendant-Appellant.*

**ORDER**

Docket No.: 11-4052

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 27, 2012

  IT IS HEREBY ORDERED that the motion by appellant Jorge Hernando Yepes-Morales to withdraw his appeal is GRANTED, with prejudice.

       For the Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/27/2012